SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
DAVID A. BERKLEY (State Bar No. 260105)
db@severson.com
SEVERSON & WERSON
A Professional Corporation
The Atrium
19100 Von Karman Avenue, Suite 700
Irvine, California 92612
Telephone: (949) 442-7110
Facsimile: (949) 442-7118

MARY KATE SULLIVAN (State Bar No. 180203)
mks@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, California 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
ALLY FINANCIAL INC.

*NO JS-6*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| HAIK BALIKIAN, an individual,<br><br>            Plaintiff,<br><br>     vs.<br><br>ALLY FINANCIAL, INC., a Delaware Corporation; ALLIANCEONE RECEIVABLES MANAGEMENT, INC. a Delaware Corporation; CMRE FINANCIAL SERVICES, INC. a California Corporation; PROGRESSIVE MANAGEMENT SYSTEMS, a California Company,<br><br>            Defendants. | Case No. CV 12-7591-GW(JCx)<br>Hon. George H. Wu<br>Ctrm. 10<br><br>**JUDGMENT**<br><br>Action Filed:   September 5, 2012<br>Trial Date:       None Set |

**JUDGMENT**

The Court, having granted Defendant ALLY FINANCIAL INC.'S Motion to Dismiss Plaintiff's Complaint, without leave to amend, pursuant to its Minute Order on November 14, 2012,

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that:

1. Judgment is entered in favor of ALLY FINANCIAL INC. and against Plaintiff Haik Balikian;

2. Plaintiff shall recover nothing in this action.

**IT IS SO ORDERED.**

DATED:  November 27, 2012

*/s/ George H. Wu*
_____
HONORABLE GEORGE H. WU
U.S. DISTRICT COURT JUDGE