*MADE JS-6*

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-7591GW(JCx) | Date | January 28, 2013 |
|---|---|---|---|
| Title | *Haik Balikian v. Ally Financial, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | Wil Wilcox | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None Present     None Present

**PROCEEDINGS:**     **ORDER TO SHOW CAUSE WHY THIS MATTER SHOULD NOT BE DISMISSED AS TO REMAINING DEFENDANTS FOR FAILURE TO PROSECUTE**

Case is called.  Parties are not present.  For reasons stated on the record, the above-entitled action is **dismissed without prejudice.**

                                                                 :  01

Initials of Preparer    JG